**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re:    The THT Group Inc | § | Case No. 21-31087-sgj7 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/10/2021. The undersigned trustee was appointed on 06/10/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                    $_____209,098.40

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 3,731.69 |
   | Administrative expenses | 107,889.89 |
   | Bank service fees | 5,889.70 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of ¹ | $    91,587.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

¹ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was 11/03/2021 and the deadline for filing governmental claims was 12/07/2021.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,704.92.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,704.92, for a total compensation of $13,704.92.²  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $706.14, for total expenses of $706.14.²

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  02/16/2024            By:  /s/ Anne Elizabeth Burns
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

² If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Page: 1

| Case Number: | 21-31087 SGJ | Trustee: | Anne Elizabeth Burns |
| Case Name: | The THT Group Inc | Filed (f) or Converted (c): | 06/10/21 (f) |
| | | §341(a) Meeting Date: | 07/16/21 |
| Period Ending: | 02/16/24 | Claims Bar Date: | 11/03/21 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | JP Morgan Chase Bank Payroll Checking 7717 | 46,207.92 | 49,553.63 | | 49,553.63 | FA |
| 2 | JP Morgan Chase Bank Checking 6178 | 13,599.12 | 13,067.43 | | 13,067.43 | FA |
| 3 | Bank of America Checking 7611 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | First Horizon Knoxville 219 - FirstTennessee Checking 5866 | 6,582.69 | 6,517.69 | | 6,517.69 | FA |
| 5 | RBC Money Market Account Money Market 6499 | 31,501.31 | 31,501.66 | | 31,501.66 | FA |
| 6 | Deposit paid to Impact Interiors for Spiceland furniture | 5,002.50 | 0.00 | | 0.00 | FA |
| 7 | 90 days old or less: 125,020.96 - 0.00 | 125,020.96 | 1.00 | | 46,570.00 | FA |
| 8 | 90 days old or less: 90,242.84 - 0.00 = | 90,242.84 | 0.00 | | 0.00 | FA |
| 9 | Over 90 days old: 0.00 - 0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Over 90 days old: 0.00 - 0.00 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Over 90 days old: 96,440.84 - 0.00 | 96,440.84 | 0.00 | | 0.00 | FA |

**FORM 1**

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Ref # | 1<br><br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Other Inventory or supplies<br>1 Med Fridge; 1 Exam Light; 11 Cholesterol Machine with Printer, 1Wheel Chair, 1Centrifuges, 3 Small Brothers Printer (MFC-J4850W); 1Colored EPSOM Printer;8 Large Brother Printer (MFC - 9340CDW); 1 HP Laserjet Pro (MFPM426FDW);1 Hp Color Laserjet Pro (MFP -M479FDW); 1 HP Officejet Pro (7740); 8Breath Alcohol Machine;10 A1C Machine ; 2 Small Brothers Scanner;42 Blood Pressure Cuffs (Various Sizes); 6 Credit Card Machine; 5 Alexa; 3Pulse Ox; 2 Small Breath Alcohol Machine; 5Portable Otoscope Set;2 Small Portable Breath Alcohol Machine; 1Hearing Test Machine; 1Sleep Apnea Test Machine; 2Stethoscope; 5 SureTemp Thermometer; 1 Laser Handheld Thermometer;2 Surgical Sutures (12per box); 2 Bottles of Chlorhexidine (250ml); 8Latex Free CohesiveBandages;1 Box of 3ml Single Use Syringes; 1 Box of 60 ml Single Use Syringes;1Large Roll of Infectious Waste Bags; 2 Adult Nebulizer Tubes; 1Oxygen Mask (High Concentrated); 83Kidney Trays; 1 Box of4x4 non-woven sponges(200 per box)4 6.7Injection Site Male Luer Lock Adapter; Box Of Tongue Depressors (500per box); 1 Container of Disposable Ear tips (25per container); 62Individual Gauze Fluff Rolls (4x4 1/8); 18 Model6000 CA (pulse socks for Sleep Apnea Machine); 10 Strl ER Laceration Trays; 67 Pediatric Nasal Cannulas 24 Adult Nasal Cannulas; 1 Brochure Racks; 29 Nebulizer Pieces (REF 002434); 17 Nebulizer Pieces (REF 8900); 3 Regular Clocks; 2 Paper Towel Holders; 5 Locking harps Holders; 1 Paper Towel Dispensers; 1 Metal Trash Can with Closing Lid; 16 8 Gal Trash Cans; 2 Laser Toner Cartridges (Blue); 1 Laser Toner Cartridges (Pink); 1 Automatic Black Paper Towel Dispenser; 1 Box of Miscellaneous Cords and Cables; 1 Blood Pressure (Sphygmomanometer) Meter Only, Wall Mounted; 3 Purell Hand<br>Sanitizer Holder; 3 Mark V Alcovisor Tech Training Course Book; 1 Department of<br>Transportation BAT Training Student Manual; 1 Breath Alcohol Training Admin<br>Manual; 2 Mark V Alcovisor Operating Manual; 2 Boxes of Letter Sizes UCT Envelopes; 2 Internet Routers; 2 Bar Stools; 2 Frame Sign Holders; 4 Boxes Of Table Paper; 2 Office Chairs; 7 Lobby Chairs; 1 Safe; 1 Digital Printer with Printer; 1 KleenSpec Dispenser; 1 Portable Otoscope Head; 1 Portable Otoscope Throat and<br>Neck Piece; 8 Portable Otoscope in Case; 1 Portable Otoscope Plug In Charger; 21<br>Elyptol Hand Sanitizer 4oz; 4 Elyptol Hand Sanitizer 160z; 2 Lifeline AED;<br>5 Heartshine AED; 2 ZOLL AED; 3 Cholesterol Printer Only; | Unknown | 7,280.23 | | 7,280.23 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 21-31087 SGJ  
**Case Name:** The THT Group Inc  

**Period Ending:** 02/16/24

**Trustee:** Anne Elizabeth Burns  
**Filed (f) or Converted (c):** 06/10/21 (f)  
**§341(a) Meeting Date:** 07/16/21  
**Claims Bar Date:** 11/03/21

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Office equipment, including all computer equipment and communication systems equipment and software NextGen, SharePoint, Acorn, iTreat Med, Office Ally computer programs | Unknown | 0.00 | | 0.00 | FA |
| 14 | Various medical equipment at clinic locations Abandoned per DN 35 | Unknown | 0.00 | OA | 0.00 | FA |
| 15 | Various phone systems at clinic locations Abandoned per DN 35 | Unknown | 0.00 | OA | 0.00 | FA |
| 16 | Various laptops, tablets and desktopcomputers at clinic locations | Unknown | 2,864.64 | | 2,864.64 | FA |
| 17 | Office equipment, including all computer equipment and communication systems equipment and software Tablets and Phones: 17 Samsung Tablets; 1Broken Samsung Tablet; 2 Coolpad Cell Phones; 2 LG Cell Phones; Laptops: ASUS Laptop Serial Numbers L890CX034121329; Dell Laptop Serial Numbers 9X17WJ2 (Inspiron),H427WJ2 (Inspiron), J9YV982 (Inspiron),4000F82 (Inspiron), 3YDMWB3 (Inspiron, small, broken); GMGK0F2 (Inspiron, small, broken);Lenovo Laptop Serial Numbers: CB29092145,LRO5ELRY (Chromebook); HP Laptop Serial Numbers, 5CD7470WTN (Pavilion), CND90410LN, 5CD8256CPY(Pavilion), 8Cg0012KY4 (Pavilion X 360),5CG849053V (Pavilion X 360), CND7030Q85,8G01006WG (360), 5GD92891GG (360),5CD9303494 (360), 5CG839759S (360),8CG93868W2Desktops: Dell Desktops Serial Numbers :OFG1JH (Inspiron), 5KD9BP1 (Vostron),130144-15 (Inspiron), DHBJR22 (Inspiron)All In One: HP All In One Serial Numbers:8CC820169P, 8CC9410KB4, 8CC9053B1R,8CC745031W,Dell All In One Serial Numbers: 9b2-0044-A00(Inspiron), Lenovo All In One Serial Numbers, MP13WXGF | Unknown | 19,182.26 | | 19,182.26 | FA |
| 18 | 2018 Dodge Ram $0.00 N/A Abandoned per DN 83. | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 19 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Exam tables, stethoscopes | Unknown | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Page: 4

| Case Number: | 21-31087 SGJ | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|
| Case Name: | The THT Group Inc | Filed (f) or Converted (c): | 06/10/21 (f) |
| | | §341(a) Meeting Date: | 07/16/21 |
| Period Ending: | 02/16/24 | Claims Bar Date: | 11/03/21 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest<br>Pilot Travel Centers LLC - land leased where clinics located Equitable interest. | Unknown | 0.00 | | 0.00 | FA |
| 21 | Patents, copyrights, trademarks, and trade secrets<br>Trademarks: THE THT GROUP, THT GROUP,TRUCKERS HEALTH TEAM, YOUR TEAM FORA HEALTHY LIFE, The THT Group, Inc. | Unknown | 1.00 | | 0.00 | FA |
| 22 | Internet domain names and websites<br>THT-GROUP.COM, THTGROUP.COM, THETHTGROUP.COM, TRUCKERSHEALTHTEAM.COM, YOURTEAMFORAHEALTHYLIFE.COM, urgentcaretravel.com, ucthealthnetwork.com | Unknown | 0.00 | | 0.00 | FA |
| 23 | Adjustment credit for 5/01/2021 - 6/30/21 fromUnitedHealthcare | 11,740.77 | 10,504.42 | | 10,504.42 | FA |
| 24 | Erroneous double payment to United Healthcare | 16,814.87 | 16,814.87 | | 16,814.87 | FA |
| 25 | Petty Cash (u) | 0.00 | 1,224.62 | | 1,224.62 | FA |
| 26 | CNA Insurance Refund (u)<br>Received 10/25/2021 - Payor issued stop payment on check and payment was reversed. | 0.00 | 1,762.71 | | 0.00 | FA |
| 27 | UHC Insurance Refund (u) | 0.00 | 739.71 | | 739.71 | FA |
| 28 | Tax Refunds (u) | 0.00 | 1,875.00 | | 1,875.00 | FA |
| 29 | Return of Escrow Funds from Middlesex Township (u) | 0.00 | 1,237.80 | | 1,237.80 | FA |
| 30 | Tax Refunds - Texas Comptroller (u) | 0.00 | 0.00 | | 164.44 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$463,153.82** | **$164,128.67** | | **$209,098.40** | **$0.00** |

**Major activities affecting case closing:**
STATUS AS OF 09/30/2023:

Trustee to finalize and file 2023 Tax Return and upon receipt of prompt determination response, Trustee to file TFR.

STATUS AS OF 04/27/2023:

Asset No. 29: Collected escrow refund.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Claims: Claims review finalized.

Taxes: Accountant to prepare final Tax Returns for 2022 as estate winds down - extension for 2022 tax return timely filed.

STATUS AS OF 09/30/2022:

Asset No. 7: **UPDATE** Trustee collected total A/R of $46,570.00.

Asset No. 16: Collected FedEx insurance proceeds received for equipment delivered to auctioneer by carrier damaged.

Asset No. 27 and 28: Collected various tax and insurance refunds to the estate on pre-petition matters.

Claims: Trustee in process of reviewing claims.

Taxes: Accountant to prepare final Tax Returns for 2022 as estate winds down.

STATUS AS OF 04/30/2022:

Asset No. 7: Trustee continuing to collect A/R.

Claims: Trustee in process of reviewing claims.

Taxes: Trustee filed the 2021 Tax Returns and is awaiting response to request for prompt determination.  Accountant to prepare final Tax Returns.

STATUS AS OF 09/30/2021:

On 06/10/2021 Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division.

Asset No. 1,2,4,5: Balance of funds in bank accounts turned over to Trustee.

Asset No. 7: Trustee continuing to collect A/R.

Asset No. 12, 17: Medical equipment, office supplies, and computers sold at auction per Order on Motion to Sell [DN 61].

Asset No. 23, 24: Turnover of United Healthcare payment credit.

Asset No. 25: Petty Cash received in form of MoneyGrams from Debtor's representative.

Asset No. 26: CNA Insurance Refund turned over to Trustee.  CNA subsequently stopped payment on 10/29/2021.

Values listed at 1.00 per UST handbook guidelines which require a whole number estimate, but valuation is an estimate to serve as a placeholder per UST guidelines and is not meant to reflect reality or limit demands or litigation in progress.

Professionals: Order granting employment of Cavazos Hendricks Poirot, P.C. [DN 27] entered on 07/09/2021.  Order granting employment of Lain Faulkner as Accountant [DN 58] entered on 08/24/2021. Order granting employment of Rosen Systems, Inc. [54] entered 08/13/2021.

Claims: Trustee anticipates reviewing claims upon completion of liquidation of assets.

Taxes: Trustee filed the 2020 Tax Return on 10/14/2021.  Trustee's accountants to file 2021 Tax Return upon completion of liquidation of assets.

**Initial Projected Date of Final Report (TFR):**  June 30, 2023          **Current Projected Date of Final Report (TFR):**  June 30, 2024

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

February 16, 2024
_____
Date

/s/ Anne Elizabeth Burns
_____
Anne Elizabeth Burns

# Form 2
## Cash Receipts and Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 21-31087 SGJ | | **Trustee:** | Anne Elizabeth Burns | |
| **Case Name:** | The THT Group Inc | | **Bank Name:** | Flagstar Bank, N.A. | |
| | | | **Account:** | ******3876 - Checking | |
| **Taxpayer ID#:** | **-***1873 | | **Blanket Bond:** | $300,000.00 (per case limit) | |
| **Period Ending:** | 02/16/24 | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/04/21 | Asset #5 | RBC Capital Markets, LLC | Turnover of RBC Bank Account Balance | 1129-000 | 31,501.66 | | 31,501.66 |
| 07/07/21 | | JPMorgan Chase Bank, N.A. | Turnover of Chase Bank accounts 7717 and 6178 | | 62,621.06 | | 94,122.72 |
| 07/07/21 | Asset #2 | | Turnover of Chase Bank accounts 6178      13,067.43 | 1129-000 | | | 94,122.72 |
| 07/07/21 | Asset #1 | | Turnover of Chase Bank accounts 7717      49,553.63 | 1129-000 | | | 94,122.72 |
| 07/07/21 | | United HealthCare Svs Inc. | Turnover of United Health Care double payment and refund | | 27,319.29 | | 121,442.01 |
| 07/07/21 | Asset #24 | | Turnover of United Health Care double payment      16,814.87 | 1129-000 | | | 121,442.01 |
| 07/07/21 | Asset #23 | | Turnover of United HeathCare credit adjustment      10,504.42 | 1129-000 | | | 121,442.01 |
| 07/07/21 | Asset #25 | Rick Weber | Turnover of petty cash held by Rick Weber in the form of a MoneyGram. | 1229-000 | 1,000.00 | | 122,442.01 |
| 07/07/21 | Asset #25 | Rick Weber | Turnover of petty cash held by Rick Weber in form of MoneyGram. | 1229-000 | 224.62 | | 122,666.63 |
| 07/07/21 | Asset #7 | DISA Global Solutions, Inc. | Accounts Receivable | 1121-000 | 560.00 | | 123,226.63 |
| 07/07/21 | Asset #7 | DISA Global Solutions, Inc. | Accounts Receivable | 1121-000 | 50.00 | | 123,276.63 |
| 07/07/21 | Asset #7 | Corporate Medical Services, Inc. | Accounts Receivable | 1121-000 | 220.00 | | 123,496.63 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

| | | |
|---|---|---|
| **Case Number:** | 21-31087 SGJ | |
| **Case Name:** | The THT Group Inc | |
| **Taxpayer ID#:** | **-***1873 | |
| **Period Ending:** | 02/16/24 | |

| | |
|---|---|
| **Trustee:** | Anne Elizabeth Burns |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******3876 - Checking |
| **Blanket Bond:** | $300,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/21 | Asset #7 | Corporate Medical Services, Inc. | Accounts Receivable | 1121-000 | 145.00 | | 123,641.63 |
| 07/07/21 | Asset #7 | Tom Allen Enterprises, Inc. | Accounts Receivable | 1121-000 | 20.00 | | 123,661.63 |
| 07/07/21 | Asset #7 | Integrity Testing & Safety Administrators, Inc. | Accounts Receivable | 1121-000 | 20.00 | | 123,681.63 |
| 07/07/21 | Asset #7 | CleanFleet | Accounts Receivable | 1121-000 | 185.00 | | 123,866.63 |
| 07/07/21 | Asset #7 | Certe Drive Corp | Accounts Receivable | 1121-000 | 13,610.00 | | 137,476.63 |
| 07/07/21 | Asset #7 | Certe Drive Corp | Accounts Receivable | 1121-000 | 200.00 | | 137,676.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 60.00 | | 137,736.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 718.00 | | 138,454.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 10.00 | | 138,464.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 1,334.00 | | 139,798.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 138.00 | | 139,936.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 10.00 | | 139,946.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 20.00 | | 139,966.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 60.00 | | 140,026.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 30.00 | | 140,056.63 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 3

| Case Number: | 21-31087 SGJ | Trustee: | Anne Elizabeth Burns |
| Case Name: | The THT Group Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******3876 - Checking |
| Taxpayer ID#: | **-***1873 | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 02/16/24 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 40.00 | | 140,096.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 50.00 | | 140,146.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 10.00 | | 140,156.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 60.00 | | 140,216.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 185.00 | | 140,401.63 |
| 07/07/21 | Asset #7 | escreen | Accounts Receivable | 1121-000 | 340.00 | | 140,741.63 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 168.79 | 140,572.84 |
| 08/01/21 | Asset #7 | DISA Global Solutions, Inc. | Accounts Receivable | 1121-000 | 210.00 | | 140,782.84 |
| 08/05/21 | Asset #7 | DISA Global Solutions, Inc. | Accounts Receivable | 1121-000 | 50.00 | | 140,832.84 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 240.71 | 140,592.13 |
| 09/07/21 | Asset #7 | DISA Global Solutions, Inc. | Accounts Receivable | 1121-000 | 30.00 | | 140,622.13 |
| 09/21/21 | Asset #4 | First Horizon | Turnover of First Horizon Account Balance | 1129-000 | 6,517.69 | | 147,139.82 |
| 09/29/21 | 1001 | Clary Document Management, Inc. | Payment per DN 62 for patient records management. | 2990-000 | | 4,850.00 | 142,289.82 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 228.15 | 142,061.67 |
| 10/15/21 | | Rosen Systems, Inc. | Auction Sale Proceeds per DN 61. | | 26,462.49 | | 168,524.16 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 4

| Case Number: | 21-31087 SGJ | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|
| Case Name: | The THT Group Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******3876 - Checking |
| Taxpayer ID#: | **-***1873 | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 02/16/24 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/21 | Asset #12 | | 7,280.23 | 1129-000 | | | 168,524.16 |
| 10/15/21 | Asset #17 | | 19,182.26 | 1129-000 | | | 168,524.16 |
| 10/22/21 | Asset #7 | Applicant Insight | Accounts Receivable | 1121-000 | 105.00 | | 168,629.16 |
| 10/22/21 | Asset #7 | Applicant Insight | Accounts Receivable | 1121-000 | 135.00 | | 168,764.16 |
| 10/22/21 | Asset #7 | Applicant Insight | Accounts Receivable | 1121-000 | 85.00 | | 168,849.16 |
| 10/25/21 | Asset #26 | CNA Worldwide Operations | Refund on Account No. 3024140007 | 1290-000 | 1,762.71 | | 170,611.87 |
| 10/28/21 | Asset #26 | CNA Worldwide Operations | Refund on Account No. 3024140007 | 1290-000 | -1,762.71 | | 168,849.16 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 241.59 | 168,607.57 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 288.25 | 168,319.32 |
| 12/06/21 | 1002 | Rosen Systems, Inc. | Reimbursement of Auctioneer's Expenses per DN 81 | 3620-000 | | 4,925.81 | 163,393.51 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 272.97 | 163,120.54 |
| 01/10/22 | Asset #7 | Certe Drive Corp | Accounts Receivable | 1121-000 | 13,925.00 | | 177,045.54 |
| 01/10/22 | Asset #7 | Affinity Empowering, Inc. | Accounts Receivable | 1121-000 | 75.00 | | 177,120.54 |
| 01/10/22 | Asset #7 | Corporate Medical Services, Inc. | Accounts Receivable | 1121-000 | 230.00 | | 177,350.54 |
| 01/10/22 | Asset #7 | Foley | Accounts Receivable | 1121-000 | 320.00 | | 177,670.54 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 5

| | |
|---|---|
| **Case Number:** | 21-31087 SGJ |
| **Case Name:** | The THT Group Inc |
| | |
| **Taxpayer ID#:** | **-***1873 |
| **Period Ending:** | 02/16/24 |

| | |
|---|---|
| **Trustee:** | Anne Elizabeth Burns |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******3876 - Checking |
| **Blanket Bond:** | $300,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/22 | Asset #16 | FedEx | Trustee submitted damage claim to FedEx after FedEx delivered a computer in damaged condition. | 1129-000 | 2,864.64 | | 180,535.18 |
| 01/26/22 | Asset #7 | escreen | Accounts Receivable received from Debtor rep. | 1121-000 | 50.00 | | 180,585.18 |
| 01/26/22 | Asset #7 | escreen | Accounts Receivable received from Debtor rep. | 1121-000 | 10.00 | | 180,595.18 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 288.03 | 180,307.15 |
| 01/31/22 | Asset #7 | escreen | Accounts Receivable received from Debtor rep. - **Returned - reference to deposit 1045. | 1121-000 | -10.00 | | 180,297.15 |
| 02/18/22 | 1003 | Lain, Faulkner & Co., P.C. | Pay LF 1st Interim Fee App per DN 98 (FEES) | 3410-000 | | 10,945.50 | 169,351.65 |
| 02/18/22 | 1004 | Lain, Faulkner & Co., P.C. | Pay LF 1st Interim Fee App per DN 98 (EXPENSES) | 3420-000 | | 61.40 | 169,290.25 |
| 02/18/22 | 1005 | Cavazos Hendricks Poirot, P.C. | Pay CHP 1st Interim Fee App per DN 102 (FEES) | 3110-000 | | 41,194.00 | 128,096.25 |
| 02/18/22 | 1006 | Cavazos Hendricks Poirot, P.C. | Pay CHP 1st Interim Fee App per DN 102 (EXPENSES) | 3120-000 | | 12,997.15 | 115,099.10 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 252.33 | 114,846.77 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 190.20 | 114,656.57 |
| 04/20/22 | Asset #27 | United HealthCare Svs Inc. | Per UHC Phone Representative on 4/20/2022 - Refund Check | 1290-000 | 739.71 | | 115,396.28 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page:  6

| Case Number: | 21-31087 SGJ | | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|---|
| Case Name: | The THT Group Inc | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******3876 - Checking |
| Taxpayer ID#: | **-***1873 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 02/16/24 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 186.69 | 115,209.59 |
| 05/02/22 | Asset #7 | First Hospital Laboratorie | Accounts Receivable | 1129-000 | 13,280.00 | | 128,489.59 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 206.77 | 128,282.82 |
| 06/17/22 | 1007 | Lain, Faulkner & Co., P.C. | Payment of 2nd Interim Fee App per DN 108 (FEES) | 3410-000 | | 11,943.50 | 116,339.32 |
| 06/17/22 | 1008 | Lain, Faulkner & Co., P.C. | Payment of 2nd Interim Fee App per DN 108 (EXPENSES) | 3420-000 | | 36.78 | 116,302.54 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 203.92 | 116,098.62 |
| 07/28/22 | Asset #28 | Oklahoma Tax Commission | Refund of 2019 tax payment. | 1224-000 | 1,875.00 | | 117,973.62 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 188.66 | 117,784.96 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 191.40 | 117,593.56 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 191.09 | 117,402.47 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 190.78 | 117,211.69 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 190.47 | 117,021.22 |
| 12/13/22 | 1009 | Lain, Faulkner & Co., P.C. | Pay 3rd Interim Fee App per DN 125 - FEES | 3410-000 | | 1,552.00 | 115,469.22 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 189.23 | 115,279.99 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

| | | |
|---|---|---|
| **Case Number:** | 21-31087 SGJ | |
| **Case Name:** | The THT Group Inc | |
| **Taxpayer ID#:** | **-***1873 | |
| **Period Ending:** | 02/16/24 | |

| | |
|---|---|
| **Trustee:** | Anne Elizabeth Burns |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******3876 - Checking |
| **Blanket Bond:** | $300,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/23 | 1010 | Knox County Tax Assessor | Pay Proof of Claim No. 2 per DN 130 | 4800-000 | | 485.71 | 114,794.28 |
| 01/23/23 | 1011 | Dallas County | Pay Proof of Claim No. 3 per DN 130 | 4800-000 | | 2,907.65 | 111,886.63 |
| 01/23/23 | 1012 | Harris County et al. | Pay Proof of Claim No. 4 per DN 130 | 4800-000 | | 175.62 | 111,711.01 |
| 01/23/23 | 1013 | Goose Creek CISD Tax Office | Pay Proof of Claim No. 11 per DN 130 | 4800-000 | | 162.71 | 111,548.30 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 187.33 | 111,360.97 |
| 02/13/23 | Asset #29 | Middlesex Township | Return of Escrow Funds from Middlesex Township | 1229-000 | 1,237.80 | | 112,598.77 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 191.39 | 112,407.38 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 188.75 | 112,218.63 |
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.11 | 112,029.52 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.74 | 111,841.78 |
| 06/20/23 | Asset #30 | Texas Comptroller of Public Accounts | Refund of Texas unemployment tax | 1224-000 | 164.44 | | 112,006.22 |
| 06/29/23 | 1014 | Cavazos Hendricks Poirot, P.C. | Pay CHP 2nd and Final Fee App per DN 143 (FEES) | 3110-000 | | 8,381.00 | 103,625.22 |
| 06/29/23 | 1015 | Cavazos Hendricks Poirot, P.C. | Pay CHP 2nd and Final Fee App per DN 143 (EXPENSES) | 3120-000 | | 2,440.52 | 101,184.70 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.09 | 100,996.61 |

**Form 2**

**Cash Receipts and Disbursements Record**

| Case Number: | 21-31087 SGJ | | Trustee: | Anne Elizabeth Burns |
| Case Name: | The THT Group Inc | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******3876 - Checking |
| Taxpayer ID#: | **-***1873 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 02/16/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.35 | 100,825.26 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.30 | 100,655.96 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.41 | 100,486.55 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.56 | 100,317.99 |
| 11/29/23 | 1016 | Lain, Faulkner & Co., P.C. | Payment of 4th and Final Fee Application per DN 149 (FEES) | 3410-000 | | 8,507.00 | 91,810.99 |
| 11/29/23 | 1017 | Lain, Faulkner & Co., P.C. | Payment of 4th and Final Fee App per DN 149 (EXPENSES) | 3420-000 | | 55.23 | 91,755.76 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.64 | 91,587.12 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **209,098.40** | **117,511.28** | **$91,587.12** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | **209,098.40** | **117,511.28** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$209,098.40** | **$117,511.28** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3876** | **209,098.40** | **117,511.28** | **91,587.12** |
| | **$209,098.40** | **$117,511.28** | **$91,587.12** |

# Exhibit C
## Claims Register
### Case: 21-31087-SGJ    The THT Group Inc

Total Proposed Payment: $91,587.12                                          Claims Bar Date: 11/03/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Anne Elizabeth Burns 900 Jackson Street Suite 570 Dallas, TX 75202 | Admin Ch. 7 07/04/21 | | $13,704.92 $13,704.92 | $0.00 $13,704.92 | $13,704.92 |
| | 2100-00  Trustee Compensation, 200 | | | | | |
| | Clary Document Management, Inc. 5600 Pioneer Creek Drive Maple Plain, MN 55359 | Admin Ch. 7 09/29/21 | | $0.00 $4,850.00 | $4,850.00 $0.00 | $0.00 |
| | | | 09-24-2021 -- Payment per DN 62 for patient records management. | | | |
| | 2990-00  Other Chapter 7 Administrative Expenses, 200 | | | | | |
| | Rosen Systems, Inc. 2323 Langford Street Dallas, TX 75208 | Admin Ch. 7 12/06/21 | | $4,925.81 $4,925.81 | $4,925.81 $0.00 | $0.00 |
| | | | 12/06/2021 - Reimbursement of Auctioneer's Expenses per DN 81 | | | |
| | 3620-00  Auctioneer for Trustee Expenses, 200 | | | | | |
| | Cavazos Hendricks Poirot, P.C. 900 Jackson Street Suite 570 Dallas, TX 75202 | Admin Ch. 7 02/18/22 | | $49,575.00 $49,575.00 | $49,575.00 $0.00 | $0.00 |
| | | | 02-18-2022 -- Pay CHP 1st Interim Fee App per DN 102 (FEES) $41,194.00 | | | |
| | | | 06-29-2023 -- Pay CHP 2nd and Final Fee App per DN 143 (FEES) $8,381.00 | | | |
| | 3110-00  Attorney for Trustee Fees (Trustee Firm), 200 | | | | | |
| | Cavazos Hendricks Poirot, P.C. 900 Jackson Street Suite 570 Dallas, TX 75202 | Admin Ch. 7 02/18/22 | | $15,437.67 $15,437.67 | $15,437.67 $0.00 | $0.00 |
| | | | 02-18-2022 -- Pay CHP 1st Interim Fee App per DN 102 (EXPENSES) $12,997.15 | | | |
| | | | 06-29-2023 -- Pay CHP 2nd and Final Fee App per DN 143 (EXPENSES) $2,440.52 | | | |
| | 3120-00  Attorney for Trustee Expenses (Trustee Firm), 200 | | | | | |
| | Lain, Faulkner & Co., P.C. 400 N. St. Paul Suite 600 Dallas, TX 75201 | Admin Ch. 7 02/18/22 | | $32,948.00 $32,948.00 | $32,948.00 $0.00 | $0.00 |
| | | | 02-18-2022 -- Pay LF 1st Interim Fee App per DN 98 (FEES) 06-17-2022 -- Pay LF 2nd Interim Fee App per DN 108 (FEES) 12-13-2022 -- Pay LF 3rd Interim Fee App per DN 125 (FEES) 11-29-2023 -- Pay LF 4th & Final Fee App per DN 149 (FEES) | | | |
| | 3410-00  Accountant for Trustee Fees (Other Firm), 200 | | | | | |
| | Lain, Faulkner & Co., P.C. 400 N. St. Paul Suite 600 Dallas, TX 75201 | Admin Ch. 7 02/18/22 | | $153.41 $153.41 | $153.41 $0.00 | $0.00 |
| | | | 02-18-2022 -- Pay LF 1st Interim Fee App per DN 98 (EXPENSES) 06-17-2022 -- Pay LF 2nd Interim Fee App per DN 108 (EXPENSES) 11-29-2023 -- Pay LF 4th & Final Fee App per DN 149 (EXPENSES) | | | |
| | 3420-00  Accountant for Trustee Expenses (Other Firm), 200 | | | | | |
| | Anne Elizabeth Burns 900 Jackson Street Suite 570 Dallas, TX 75202 | Admin Ch. 7 07/10/23 | | $706.14 $706.14 | $0.00 $706.14 | $706.14 |
| | 2200-00  Trustee Expenses, 200 | | | | | |

# Exhibit C
# Claims Register
## Case: 21-31087-SGJ    The THT Group Inc

Total Proposed Payment: $91,587.12

Claims Bar Date: 11/03/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Airgas USA LLC - Mid PO Box 734445 Chicago, IL 60673 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 06/18/21 | | $64.89 $64.89 | $0.00 $0.00 | $64.89 |
| 2 | Knox County Tax Assessor PO Box 70 Knoxville, TN 37901 4800-00   State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.), 100 | Secured 06/23/21 | 01-23-2023 -- Pay claim per DN 130 - $485.71 | $485.71 $485.71 | $485.71 $0.00 | $0.00 |
| 3 | Dallas County Linebarger Goggan Blair & Sampson, LLP c/o Sherrel K Knighton 2777 N. Stemmons Frwy Ste 1000 Dallas, TX 75207 4800-00   State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.), 100 | Secured 08/02/21 | 12-13-2022 -- Dallas County filed Amended POC 3-2 to update secured amount 01-23-2023 -- Pay claim per DN 130 - $2,907.65 | $2,907.65 $2,907.65 | $2,907.65 $0.00 | $0.00 |
| 4 | Harris County et al. c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston, TX 77253-3064 4800-00   State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.), 100 | Secured 08/06/21 | 12-16-2022 -- Harris County Filed Amended POC 4 to increase claim amount 01-23-2023 -- Pay claim per DN 130 - $175.62 | $175.62 $175.62 | $175.62 $0.00 | $0.00 |
| 5 | Ohio Dept. of Job & Family Services Ohio Department of Job & Family Services P.O. Box 182830 Columbus, OH 43218 5800-00   Claims of Governmental Units, 570 | Priority 08/09/21 | | $124.61 $124.61 | $0.00 $10.09 | $124.61 |
| 6 | Missouri Department of Revenue PO Box 475 Jefferson City, MO 65105 5800-00   Claims of Governmental Units, 570 | Priority 08/11/21 | | $38,428.65 $38,428.65 | $0.00 $3,110.16 | $38,428.65 |
| 7 | Missouri Department of Revenue PO Box 475 Jefferson City, MO 65105 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 08/11/21 | | $8,250.00 $8,250.00 | $0.00 $0.00 | $8,250.00 |
| 8 | Odney, Inc. PO Box 2035 Bismarck, ND 58502-2035 7100-00   General Unsecured § 726(a)(2), 610 | Unsecured 08/12/21 | | $450.00 $450.00 | $0.00 $0.00 | $450.00 |

# Exhibit C
## Claims Register
### Case:  21-31087-SGJ    The THT Group Inc

Total Proposed Payment: $91,587.12

Claims Bar Date: 11/03/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Jones Walker LLP<br>201 St. Charles Ave.<br>50th Floor<br>New Orleans, LA 70170-5100<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>08/12/21 | | $1,563.50<br>$1,563.50 | $0.00<br>$0.00 | $1,563.50 |
| 10 | Ingrid Nealey<br>15161 Desert St.<br>Adelanto, CA 92301<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>08/13/21 | | $500,000.00<br>$500,000.00 | $0.00<br>$0.00 | $500,000.00 |
| 11 | Goose Creek CISD Tax Office<br>PO Box 2805<br>Baytown, TX 77522<br>4800-00  State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.), 100 | Secured<br>08/13/21 | 01-23-2023 -- Pay claim per DN 130 - $162.71 | $162.71<br>$162.71 | $162.71<br>$0.00 | $0.00 |
| 12 | The THT Group, Inc.<br>2829 Towns Gate Road<br>Suite 105<br>Westlake Village, CA 91361<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/16/21 | | $2,791.03<br>$2,791.03 | $0.00<br>$0.00 | $2,791.03 |
| 13 | West Memphis Utilities<br>604 E. Cooper Avenue<br>West Memphis, AR 72301<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/17/21 | | $201.00<br>$201.00 | $0.00<br>$0.00 | $201.00 |
| 14 | San Bernardino County<br>Office of the Tax Collector<br>268 West Hospitality Ln., 1st Floor<br>San Bernardino, CA 92415<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/19/21 | | $225.90<br>$225.90 | $0.00<br>$0.00 | $225.90 |
| 15 | AIRGAS USA, LLC<br>110 West 7th Street, Suite 1300<br>Tulsa, OK 74119<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/19/21 | | $54.48<br>$54.48 | $0.00<br>$0.00 | $54.48 |
| 16 | The City of Oklahoma City Water Utilities<br>1 North Walker Ave<br>Oklahoma City, OK 73102<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/20/21 | | $429.08<br>$429.08 | $0.00<br>$0.00 | $429.08 |
| 17 | Kendra Jones<br>3500 NW 51st Street<br>#6<br>Oklahoma City, OK 73112<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/23/21 | | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 18 | Pennsylvania Department of Revenue<br>P.O.Box 280946<br>Harrisburg, PA 17128-0946<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/07/21 | | $1,151.86<br>$1,151.86 | $0.00<br>$0.00 | $1,151.86 |

## Exhibit C
## Claims Register
### Case: 21-31087-SGJ    The THT Group Inc

Total Proposed Payment: $91,587.12                                    Claims Bar Date: 11/03/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | Pennsylvania Department of Revenue<br>P.O.Box 280946<br>Harrisburg, PA 17128-0946<br>5800-00  Claims of Governmental Units, 570 | Priority<br>09/07/21 | | $2,069.53<br>$2,069.53 | $0.00<br>$167.49 | $2,069.53 |
| 19 | eClinical works<br>2 Technology Drive<br>Westborough, MA 01581<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>09/09/21 | | $54,000.00<br>$54,000.00 | $0.00<br>$0.00 | $54,000.00 |
| 20 | Diagnostic Laboratory of Oklahoma<br>9600 Broadway Ext<br>Ste 2142<br>Oklahoma City, OK 73114<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>09/14/21 | | $247.65<br>$247.65 | $0.00<br>$0.00 | $247.65 |
| 21 | Chipman Design Architecture Inc.<br>1350 E Touhy Avenue<br>First Floor<br>132 White Branch Ct. S<br>Des Plaines, IL 60018<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>09/21/21 | | $9,240.52<br>$9,240.52 | $0.00<br>$0.00 | $9,240.52 |
| 22 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>09/21/21 | | $171,409.22<br>$171,409.22 | $0.00<br>$0.00 | $171,409.22 |
| 22 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216<br>5800-00  Claims of Governmental Units, 570 | Priority<br>09/21/21 | | $827,278.23<br>$827,278.23 | $0.00<br>$66,954.48 | $827,278.23 |
| 23 | Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>10/07/21 | | $157,469.00<br>$157,469.00 | $0.00<br>$0.00 | $157,469.00 |
| 24 | Franchise Tax Board<br>Franchise Tax Board, PO Box 2952<br>Franchise Tax Board, PO Box 2952<br>Sacramento, CA 2952<br>5800-00  Claims of Governmental Units, 570 | Priority<br>10/08/21 | | $821.97<br>$821.97 | $0.00<br>$66.52 | $821.97 |
| 25 | Daniel H. Willick dba Law Offices Daniel H Willick<br>1860 Bridgegate Street<br>Westlake Village, CA 91361<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>10/12/21 | | $8,753.54<br>$8,753.54 | $0.00<br>$0.00 | $8,753.54 |

## Exhibit C
## Claims Register
### Case: 21-31087-SGJ    The THT Group Inc

Total Proposed Payment: $91,587.12                                    Claims Bar Date: 11/03/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 26 | Virginia Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/19/21 | | $4,620.09<br>$4,620.09 | $0.00<br>$0.00 | $4,620.09 |
| 26 | Virginia Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218<br>5800-00   Claims of Governmental Units, 570 | Priority<br>10/19/21 | | $16,327.94<br>$16,327.94 | $0.00<br>$1,321.48 | $16,327.94 |
| 27 | Marshall David Stockton, MD<br>1204 Ashgrove Place<br>Knoxville, TN 37919<br>5300-00   Wages, 510 | Priority<br>10/21/21 | | $1,200.00<br>$1,200.00 | $0.00<br>$1,200.00 | $1,200.00 |
| 28 | Tennessee Department of Revenue<br>TDOR c/o Attorney General<br>PO Box 20207<br>TDOR c/o Attorney General, PO Box 20207<br>Nashville, TN 37202<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/26/21 | 09/05/2023 -- Claim Amended to reduce priority amount to $0.00. | $15.00<br>$15.00 | $0.00<br>$0.00 | $15.00 |
| 28 | Tennessee Department of Revenue<br>TDOR c/o Attorney General<br>PO Box 20207<br>TDOR c/o Attorney General, PO Box 20207<br>Nashville, TN 37202<br>5800-00   Claims of Governmental Units, 570 | Priority<br>10/26/21 | 09/05/2023 -- Claim Amended to reduce priority amount to $0.00. | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 29 | Shumaker Mallory LLP<br>333 S Grand Ave.<br>Suite 3400<br>Los Angeles, CA 90071<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>11/02/21 | | $65,897.74<br>$65,897.74 | $0.00<br>$0.00 | $65,897.74 |
| 30 | HENRY SCHEIN, INC<br>PO Box 7156<br>Pasadena, CA 91109-7156<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>11/03/21 | | $5,030.77<br>$5,030.77 | $0.00<br>$0.00 | $5,030.77 |
| 31 | Angela Grimmett<br>309 N Bradbury Drive<br>Edmond, OK 73034<br>5300-00   Wages, 510 | Priority<br>11/03/21 | | $4,200.00<br>$4,200.00 | $0.00<br>$4,200.00 | $4,200.00 |
| 32 | ARIZONA DEPARTMENT OF REVENUE<br>c/o Tax, Bankruptcy and Coll<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1592<br>5800-00   Claims of Governmental Units, 570 | Priority<br>05/11/22 | | $1,750.00<br>$1,750.00 | $0.00<br>$141.63 | $1,750.00 |

## Exhibit C
## Claims Register
### Case:  21-31087-SGJ    The THT Group Inc

Total Proposed Payment: $91,587.12                                    Claims Bar Date: 11/03/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 33 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><br>5800-00  Claims of Governmental Units, 570 | Priority<br>07/18/22 | | $27.01<br>$27.01 | $0.00<br>$2.19 | $27.01 |
| 34 | Nationwide Recreation<br>P.O. Box 1028<br><br>Mandeville, LA 70470<br><br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>07/18/22 | 11/15/2022 -- Clerk's office notated that the claim was filed in the wrong case. | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 35 | State of Florida Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314<br>5800-00  Claims of Governmental Units, 570 | Priority<br>08/22/22 | | $25.00<br>$25.00 | $0.00<br>$2.02 | $25.00 |
| 35 | State of Florida Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>08/22/22 | | $200.00<br>$200.00 | $0.00<br>$0.00 | $200.00 |

|  |  |  | Case Total: | $2,010,350.85 | $111,621.58 | $1,898,729.27 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

| Case No.: | 21-31087-SGJ |
| Case Name: | The THT Group Inc |
| Trustee Name: | Anne Elizabeth Burns |

**Balance on hand:** $    91,587.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Knox County Tax Assessor | 485.71 | 485.71 | 485.71 | 0.00 |
| 3 | Dallas County | 2,907.65 | 2,907.65 | 2,907.65 | 0.00 |
| 4 | Harris County et al. | 175.62 | 175.62 | 175.62 | 0.00 |
| 11 | Goose Creek CISD Tax Office | 162.71 | 162.71 | 162.71 | 0.00 |

Total to be paid to secured creditors: $    0.00
Remaining balance: $    91,587.12

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Anne Elizabeth Burns | 13,704.92 | 0.00 | 13,704.92 |
| Trustee, Expenses - Anne Elizabeth Burns | 706.14 | 0.00 | 706.14 |
| Attorney for Trustee, Fees - Cavazos Hendricks Poirot, P.C. | 49,575.00 | 49,575.00 | 0.00 |
| Attorney for Trustee, Expenses - Cavazos Hendricks Poirot, P.C. | 15,437.67 | 15,437.67 | 0.00 |
| Accountant for Trustee, Fees - Lain, Faulkner & Co., P.C. | 32,948.00 | 32,948.00 | 0.00 |
| Accountant for Trustee, Expenses - Lain, Faulkner & Co., P.C. | 153.41 | 153.41 | 0.00 |
| Auctioneer, Expenses - Rosen Systems, Inc. | 4,925.81 | 4,925.81 | 0.00 |
| Other, Expenses - Clary Document Management, Inc. | 4,850.00 | 4,850.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $    14,411.06
Remaining balance: $    77,176.06

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $    0.00
Remaining balance: $    77,176.06

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $892,252.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Ohio Dept. of Job & Family Services | 124.61 | 0.00 | 10.09 |
| 6 | Missouri Department of Revenue | 38,428.65 | 0.00 | 3,110.16 |
| 18 | Pennsylvania Department of Revenue | 2,069.53 | 0.00 | 167.49 |
| 22 | Ohio Department of Taxation | 827,278.23 | 0.00 | 66,954.48 |
| 24 | Franchise Tax Board | 821.97 | 0.00 | 66.52 |
| 26 | Virginia Department of Taxation | 16,327.94 | 0.00 | 1,321.48 |
| 27 | Marshall David Stockton, MD | 1,200.00 | 0.00 | 1,200.00 |
| 28 | Tennessee Department of Revenue | 0.00 | 0.00 | 0.00 |
| 31 | Angela Grimmett | 4,200.00 | 0.00 | 4,200.00 |
| 32 | ARIZONA DEPARTMENT OF REVENUE | 1,750.00 | 0.00 | 141.63 |
| 33 | Franchise Tax Board | 27.01 | 0.00 | 2.19 |
| 35 | State of Florida Department of Revenue | 25.00 | 0.00 | 2.02 |

Total to be paid for priority claims:    $    77,176.06
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $992,065.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Airgas USA LLC - Mid | 64.89 | 0.00 | 0.00 |
| 7 | Missouri Department of Revenue | 8,250.00 | 0.00 | 0.00 |
| 8 | Odney, Inc. | 450.00 | 0.00 | 0.00 |
| 9 | Jones Walker LLP | 1,563.50 | 0.00 | 0.00 |
| 10 | Ingrid Nealey | 500,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12 | The THT Group, Inc. | 2,791.03 | 0.00 | 0.00 |
| 13 | West Memphis Utilities | 201.00 | 0.00 | 0.00 |
| 14 | San Bernardino County | 225.90 | 0.00 | 0.00 |
| 15 | AIRGAS USA, LLC | 54.48 | 0.00 | 0.00 |
| 16 | The City of Oklahoma City Water Utilities | 429.08 | 0.00 | 0.00 |
| 17 | Kendra Jones | 0.00 | 0.00 | 0.00 |
| 18 | Pennsylvania Department of Revenue | 1,151.86 | 0.00 | 0.00 |
| 19 | eClinical works | 54,000.00 | 0.00 | 0.00 |
| 20 | Diagnostic Laboratory of Oklahoma | 247.65 | 0.00 | 0.00 |
| 21 | Chipman Design Architecture Inc. | 9,240.52 | 0.00 | 0.00 |
| 22 | Ohio Department of Taxation | 171,409.22 | 0.00 | 0.00 |
| 23 | Hooper, Lundy & Bookman, P.C. | 157,469.00 | 0.00 | 0.00 |
| 25 | Daniel H. Willick dba Law Offices Daniel H Willick | 8,753.54 | 0.00 | 0.00 |
| 26 | Virginia Department of Taxation | 4,620.09 | 0.00 | 0.00 |
| 28 | Tennessee Department of Revenue | 15.00 | 0.00 | 0.00 |
| 29 | Shumaker Mallory LLP | 65,897.74 | 0.00 | 0.00 |
| 30 | HENRY SCHEIN, INC | 5,030.77 | 0.00 | 0.00 |
| 34 | Nationwide Recreation | 0.00 | 0.00 | 0.00 |
| 35 | State of Florida Department of Revenue | 200.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $      0.00

Remaining balance: $      0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $      0.00

Remaining balance: $      0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | | | |
| **NONE** | | | | |

Total to be paid for subordinated claims:     $_____0.00

Remaining balance:     $_____0.00